AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
04/09/2020
Clerk, U.S. District Court
Western District of Texas

By:_____
Deputy

| | |
|---|---|
| USA § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: EP:20-M -02192(1) - MAT |
| § | |
| (1) ERICK ARENAS-PASCUAL AKA PASCUAL ERICK § | |
| LEONARDO | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 07, 2020** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**
.

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Erick ARENAS-Pascual, an alien to the United States and a citizen of Mexico was found north of the Rio Grande River approximately 3 miles east of the Ysleta Port of Entry in El Paso, Texas, which is in the Western District*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ De Leon, Jonathan
Signature of Complainant
Border Patrol Agent

04/09/2020
File Date

at   EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:20-M -02192(1)

WESTERN DISTRICT OF TEXAS

(1) ERICK ARENAS-PASCUAL AKA PASCUAL ERICK LEONARDO

FACTS   (CONTINUED)

of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The Defendant has been previously removed from the United States to Mexico, February 15, 2020, through Paso Del Norte Port of Entry in El Paso, Texas.  Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed one time, the last one being to MEXICO on February 15, 2020, through PASO DEL NORTE, TX, BRIDGE

CRIMINAL HISTORY:
07/13/2019, EL PASO COUNTY, BURG OF BLDG(F), ACC, UNKNOWN.
09/13/2019, Santa Teresa, NM, RE-ENTRY OF REMOVED ALIENS(F), CNV, 53 DAYS CONFINEMENT.